FILED
BILLINGS DIV.

2009 DEC 22 AM 9 45

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| DEBORAH HEANEY, | ) | No. CV-09-59-BU-RFC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| WELLS FARGO BANK, N.A. and | ) | |
| JOHN DOES 1 THROUGH 5, | ) | |
| | ) | |
| Defendant. | ) | |

The parties having settled this matter and filed a Stipulation for Dismissal,

IT IS HEREBY ORDERED that this case be dismissed, with prejudice, with each party to bear their own costs.

DATED: December __22nd__ 2009.

_____
RICHARD F. CEBULL
U.S. DISTRICT COURT JUDGE